12191D

# Retail Installment Contract and Security Agreement

Seller Name and Address
BAY AUTO WHOLESALE (VA)
4989 VIRGINIA BEACH BLVD
VIRGINIA BEACH, VA 23462

Buyer(s) Name(s) and Address(es)
ANDRE ALEXANDER
1804 X STREET
SACRAMENTO, CA 95818

No. _____
Date 08/24/2010

☐ Business, commercial or agricultural purpose Contract.  ☐ Refer to the attached addendum for additional Buyers and their signatures.

## Truth-In-Lending Disclosure

| Annual Percentage Rate — The cost of your credit as a yearly rate. | Finance Charge — The dollar amount the credit will cost you. | Amount Financed — The amount of credit provided to you or on your behalf. | Total of Payments — The amount you will have paid when you have made all scheduled payments. | Total Sale Price — The total cost of your purchase on credit, including your down payment of $5,000.00 |
|---|---|---|---|---|
| 18.25% | $4,512.15 | $10,566.09 | $15,078.24 | $20,078.24 |

Payment Schedule. Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 48 | $314.13 | MONTHLY BEGINNING ON 10/08/2010 |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |

Security. You are giving us a security interest in the Property purchased.
Late Charge. If all or any portion of a payment is not paid within 7 days of its due date, you will be charged a late charge of 5% of the unpaid amount of the payment due.
Prepayment. If you pay off this Contract early, you will not have to pay a penalty.
Filing Fees. $ 10.00
Contract Provisions. You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

## Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2003 | DODGE | 1500 | N/A | 1D7HA16N43J573240 | 29599 |

☐ New  ☒ Used  ☐ Demo    N/A    Other:

## Description of Trade-In
N/A

## Assignment
☒ This Contract and Security Agreement is assigned to SNAAC
_____, the Assignee, phone 800-995-0591. This assignment is made under the terms of a separate agreement made between the Seller and Assignee.

## Conditional Delivery
☐ Conditional Delivery. The Buyer's Order that is being signed as a part of this transaction contains a conditional delivery notice. The Buyer's Order is incorporated by reference into this Contract, and a copy of the Buyer's Order is attached to this Contract.

The within instrument or agreement
is pledged as collateral to
Wells Fargo Preferred Capital, Inc.

## Sales Agreement
Payment. You promise to pay us the principal amount of
$ 10,566.09 plus finance charges accruing on the unpaid balance at the rate of 18.25 % per year from the date of this Contract until maturity. Finance charges accrue on a 365 day basis. After maturity, or after you default and we demand payment, we will charge finance charges on the unpaid balance at 18.25 % per year. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the Truth-in-Lending Disclosures. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

Down Payment. You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and net trade-in value described in the Itemization of Amount Financed.

☒ Additional Charge. You agree to pay an additional processing fee of $ 125.00 that will be ☐ paid in cash. ☒ financed over the term of the Contract.

Retail Installment Contract-VA
Bankers Systems™ — Virginia Automobile Dealers Association
Wolters Kluwer Financial Services © 1995, 2009
SN 106862

RSSIMVLFAZVA 4/15/2009
Page 1 of 6


EXHIBIT D 2

## Itemization of Amount Financed

| | | |
|---|---|---|
| a. Cash Price of Vehicle, etc. (incl. sales tax of $405.00) | $ | 13,780.00 |
| b. Trade-in allowance | $ | 0.00 |
| c. Less: Amount owing, paid to (includes i): N/A | $ | 0.00 |
| d. Net trade-in (b-c; if negative, enter $0 here and enter the amount on line i) | $ | 0.00 |
| e. Cash payment + Deferred down payment | $ | 5,000.00 |
| f. Manufacturer's rebate | $ | 0.00 |
| g. Down payment (d+e+f) | $ | 5,000.00 |
| h. Unpaid balance of Cash Price (a-g) | $ | 8,780.00 |
| i. Financed trade-in balance (see line d) | $ | 0.00 |
| j. Paid to public officials - filing fees | $ | 10.00 |
| k. Insurance premiums | $ | 0.00 |
| l. Service Contract, paid to: TRISTAR VSC | $ | 1,572.00 |
| m. Processing fee, paid to Seller | $ | 125.00 |
| n. LICENSE/TITLE FEES, paid to DMV | $ | 39.50 |
| o. N/A | $ | 0.00 |
| p. DEALER BUSINESS LIC TAX, PAID TO VA | $ | 39.59 |
| q. N/A | $ | 0.00 |
| r. N/A | $ | 0.00 |
| s. N/A | $ | 0.00 |
| t. N/A | $ | 0.00 |
| u. Total Other Charges/Amts Paid (i thru t) | $ | 1,786.09 |
| v. Prepaid Finance Charge | $ | 0.00 |
| w. Amount Financed (h+u+v) | $ | 10,566.09 |

We may retain or receive a portion of any amounts paid to others, except those fees paid to public officials.

## Insurance Disclosures

**Credit Insurance.** Credit life and credit disability (accident and health) are not required to obtain credit and are not a factor in the credit decision. You have the right to use alternative coverage or to buy insurance elsewhere. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below only the coverages you have chosen to purchase.

Credit Life
☐ Single  ☐ Joint  ☒ None
Premium $ N/A        Term N/A
Insured N/A

Credit Disability
☐ Single  ☐ Joint  ☒ None
Premium $ N/A        Term N/A
Insured N/A

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

By: _____ DOB _____

By: _____ DOB _____

**Property Insurance.** You must insure the Property. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. The collision coverage deductible may not exceed $ 500.00 . If you get insurance from or through us you will pay $ N/A for N/A of coverage.

This premium is calculated as follows:

☐ $ N/A   Deductible, Collision Cov.  $ N/A
☐ $ N/A   Deductible, Comprehensive  $ N/A
☐ Fire-Theft and Combined Additional Cov.  $ N/A
☐ N/A                                       $ N/A

If applicable, insert 'No Liability Insurance Included' in at least 18 point type.

## No Liability Insurance Included

☐ **Single-Interest Insurance.** You must purchase single-interest insurance as part of this sale transaction. You may purchase the coverage from a company of your choice, reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ N/A for N/A of coverage.

Retail Installment Contract-VA
Bankers Systems ™ — Virginia Automobile Dealers Association
Wolters Kluwer Financial Services © 1995, 2009
SN 106852

RSSIMVLFAZVA 4/15/2009
Page 2 of 6

## Additional Protections

You may buy any of the following voluntary protection plans. They are not required to obtain credit, are not a factor in the credit decision, and are not a factor in the terms of the credit or the related sale of the Vehicle. The voluntary protections will not be provided unless you sign and agree to pay the additional cost.

Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offered.

[X] Service Contract
- Term: 48 MONTHS, 100000 MILES
- Price: $ 1,572.00
- Coverage: TRISTAR VSC

[ ] Gap Waiver or Gap Coverage
- Term: N/A
- Price: $ N/A
- Coverage: N/A

[ ] N/A
- Term: N/A
- Price: $ N/A
- Coverage: N/A

By: ANDRE ALEXANDER  Date: 8/24/10

By: _____  Date: _____

## Additional Terms of the Sales Agreement

**Definitions.** "*Contract*" refers to this Retail Installment Contract and Security Agreement. The pronouns "*you*" and "*your*" refer to each Buyer signing this Contract, and any guarantors, jointly and individually. The pronouns "*we*", "*us*" and "*our*" refer to the Seller and any entity to which it may transfer this Contract. "*Vehicle*" means each motor vehicle described in the *Description of Property* section. "*Property*" means the Vehicle and all other property described in the *Description of Property* and *Additional Protections* sections.

**Purchase of Property.** You agree to purchase the Property from us, subject to the terms and conditions of this Contract. Seller will not make any repairs or additions to the Vehicle except as noted in the *Description of Property* section.

You have been given the opportunity to purchase the Property and described services for the Cash Price or the Total Sale Price. The "*Total Sale Price*" is the total price of the Property if you buy it over time.

**General Terms.** The Total Sale Price shown in the Truth-in-Lending Disclosures assumes that all payments will be made as scheduled. The actual amount you will pay may be more or less depending on your payment record.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee that is more than the maximum amount permitted for this sale by state or federal law. If you pay a finance charge or fee that exceeds that maximum amount, we will first apply the excess amount to reduce the principal balance and, when the principal has been paid in full, refund any remaining amount to you.

You understand and agree that some payments to third parties as a part of this Contract may involve money retained by us or paid back to us as commissions or other remuneration.

**Prepayment.** You may prepay this Contract in full or in part at any time without penalty. Any partial prepayment will not excuse any later scheduled payments. A refund of any prepaid, unearned insurance premiums may be obtained from us or from the insurance company named in your policy or certificate of insurance.

**Balloon Payment.** If any payment is more than 10% greater than the regular or recurring installment payments you may refinance it when due as provided by law.

**Governing Law and Interpretation.** This Contract is governed by the law of Virginia and applicable federal law and regulations.

If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract. You authorize us to correct any clerical error or omissions in this Contract or in any related document.

**Name and Location.** Your name and address set forth in this Contract are your exact legal name and your principal residence. You will provide us with at least 30 days notice before you change your name or principal residence.

**Telephone Monitoring and Calling.** From time to time you agree we may monitor and record telephone calls made or received by us or our agents regarding your account to assure the quality of our service. In order for us to service the account or to collect any amounts you may owe, and subject to applicable law, you agree that we may from time to time make calls and send text messages to you using prerecorded/artificial voice messages or through the use of an automatic dialing device at any telephone number you provide to us in connection with your account, including a mobile telephone number that could result in charges to you.

**Default.** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):
- You fail to perform any obligation that you have undertaken in this Contract.
- We, in good faith, believe that you cannot, or will not, pay or perform the obligations you have agreed to in this Contract.

If you default, you agree to pay our costs of collection, including fees for repossession, repair, storage and sale of the Property securing this Contract. You also agree to pay our reasonable attorneys' fees and legal expenses.

If an event of default occurs as to any of you, we may exercise our remedies against any or all of you.

**Remedies.** We may not accelerate payment or repossess any Property described in this Contract on account of late payment or nonpayment of an installment if you make payment (together with any agreed late charge) within 10 days of the date on which the installment was due. If you are in default on this Contract, we have all of the remedies provided by law and this Contract, subject to any right to cure that you may exercise. Those remedies include:
- We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.
- We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. You will repay us that amount immediately. That amount will earn finance charges from the date we pay it at the post-maturity rate described in the *Payment* section until paid in full.
- We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.
- We may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises.
- We may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward what you owe us.
- Except when prohibited by law, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing any one or more of these remedies, we do not give up our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

You agree that we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above. You may have a right to recover that property.

**Waiver of Homestead Exemption.** You waive the benefit of your exemption as to the obligation under this Contract.

**Obligations Independent.** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:
- You must pay this Contract even if someone else has also signed it.
- We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.
- We may release any security and you will still be obligated to pay this Contract.
- If we give up any of our rights, it will not affect your duty to pay this Contract.
- If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**Warranty.** Warranty information is provided to you separately.

## Security Agreement

**Security.** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle and in all other Property. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**Duties Toward Property.** By giving us a security interest in the Property, you represent and agree to the following:

- You will defend our interests in the Property against claims made by anyone else. You will keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.
- You will keep the Property in your possession and in good condition and repair. You will use the Property for its intended and lawful purposes.
- Except when in use, the Property will be located at your address set forth in this Contract.
- You will not attempt to sell the Property, transfer any rights in the Property, or grant another lien on the Property without our prior written consent.
- You will pay all taxes and assessments on the Property as they become due.
- You will notify us with reasonable promptness of any loss or damage to the Property.
- You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**Agreement to Provide Insurance.** You agree to provide property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the *Insurance Disclosures* section, or as we will otherwise require. You will name us as loss payee on any such policy. Generally, the loss payee is the one to be paid the policy benefits in case of loss or damage to the Property. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. Your choice of insurance provider will not affect the credit decision or interest rate. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as loss payee, we may obtain insurance to protect our interest in the Property. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn finance charges from the date paid at the post-maturity rate described in the *Payment* section until paid in full.

**Gap Waiver or Gap Coverage.** In the event of theft or damage to the Vehicle that results in a total loss, there may be a gap between the amount due under the terms of the Contract and the proceeds of your insurance settlement and deductibles. You are liable for this difference. You have the option of purchasing Gap Waiver or Gap Coverage to cover the gap liability.

## Arbitration Agreement

**Please Read Carefully! Notice of Arbitration.** If you agree to Arbitration you are giving up your right to go to court for claims and disputes arising from this Contract.

- You or we may choose to have any dispute between us decided by arbitration, and not by a court or by jury trial.
- If a dispute is arbitrated, you give up your right to join as a class representative or class member in any class action or class arbitration that you may have against us.
- In arbitration, discovery and rights to appeal are generally more limited than in a judicial proceeding, and other rights that you and we would have in court may not be available.

At your or our election, any claim or dispute in contract, tort, statute or otherwise between you and us or our employees, agents, successors or assigns that arises out of or relates to your credit application, this Contract or any related transaction or relationship is to be decided by neutral, binding arbitration. Also, to the extent allowed by law, the validity, scope, and interpretation of this Arbitration Agreement are to be decided by neutral, binding arbitration.

If you or we choose to arbitrate our claim or dispute, you and we agree that no trial by jury or other judicial proceeding will take place. In addition, you agree not to participate as a class representative or class member on any class claim that you may have against us, including class arbitration. You and we also agree that any claim or dispute is to be heard and decided by one arbitrator only, only on an individual basis, and not as a class action.

For the arbitration, you or we may choose one of the following arbitration providers with its applicable rules: the American Arbitration Association, 335 Madison Ave., Floor 10, New York, NY 10017-4605 (www.adr.org), and the National Arbitration Forum, Box 50191, Minneapolis, MN 55405-0191 (www.adrforum.com). You can get a copy of the rules of these arbitration providers by contacting them or by visiting their respective website.

The arbitration hearing will be carried out in the federal district where you reside, unless you and we agree otherwise. If arbitration begins, we shall advance your filing, administration, service or case management fee, and your arbitrator or hearing fee all up to a total maximum of $1,500.00. Unless the arbitrator awards them to a party, each party is responsible for the fees of its attorney(s), experts, witnesses, and any other fees and costs of arbitration, including any amount we have advanced.

The arbitrator will be a lawyer or a former judge. In making an award, the arbitrator shall follow governing substantive law. The arbitrator has the authority to order specific performance, compensatory damages, punitive damages and any other relief allowed by applicable law. Other than the grounds for review under the Federal Arbitration Act, the arbitration award is final and binding on all parties. Any court having jurisdiction may enforce the arbitrator's award.

You or we can do the following without giving up the right to require arbitration:

- Seek remedies in small claims court for claims within that court's jurisdiction, unless these claims are transferred, removed, or appealed to a different court. If so, either you or we can require the transfer of these claims to arbitration.
- Seek judicial provisional remedies.
- Exercise self-help remedies and to take measures that do not involve a court or arbitration, including, but not limited to, setting off against a deposit account and repossessing property.
- Exercise foreclosure against any real or personal property, collateral, or other security.

The Federal Arbitration Act (9 U.S.C. §1 *et seq.*) governs this Arbitration Agreement, and not any state law concerning arbitration, including state law arbitration rules and procedures. This Arbitration Agreement survives any termination, payoff or transfer of this Contract. If any part of this Arbitration Agreement is not enforceable, the rest is enforceable; but if the waiver of class action rights is unenforceable, this entire Arbitration Agreement is unenforceable.

By signing this Contract you and we understand and agree to be bound by its terms, and expressly waive our rights to trial by jury and judicial process, and review, except as allowed by law.

**Caution:** It is important that you read this Arbitration Agreement thoroughly before you sign this Contract. By signing it, you are accepting that you have read and understand this Arbitration Agreement, and have received a copy of it. If you do not understand something in this Arbitration Agreement, do not sign this Contract; instead ask your lawyer. You or we may reject this Arbitration Agreement by sending to the other a rejection notice by certified or registered mail or by messenger service within 10 days after the date of signing this Contract.

## Notices

**Note.** If the primary use of the Vehicle is non-consumer, this is not a consumer contract, and the following notice does not apply. NOTICE. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

If you are buying a used vehicle: The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Sí compra un vehículo usado: La información que ve adherida en la ventanilla forma parte de éste contrato. La información contenida en el formulario de la ventanilla prevalece por sobre toda otra disposición en contrario incluida en el contrato de compraventa.

Retail Installment Contract-VA
Bankers Systems ™ — Virginia Automobile Dealers Association
Wolters Kluwer Financial Services © 1995, 2009
SN 106862

RSSIMVLFAZVA 4/15/2009

Page 4 of 8

## Third Party Agreement

In this section only, "you" means only the person signing this section.

By signing below you agree to give us a security interest in the Property described in the *Description of Property* section. You also agree to the terms of this Contract except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend or change this Contract, or release any party or Property without releasing you from this Contract. We may take these steps without notice or demand upon you.

You acknowledge receipt of a completed copy of this Contract.

N/A
By: N/A                                           Date

## Signature Notices

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.*

Arbitration. This Contract contains an Arbitration Agreement that affects your rights.

## Signatures

Entire Agreement. Your and our entire agreement is contained in this Contract. There are no unwritten agreements regarding this Contract. Any change to this Contract must be in writing and signed by you and us.

By: ANDRE ALEXANDER                8/24/10   Date

By:                                           Date

Notice to Buyer. (1) Do not sign this Contract before you read it or if it contains any blank spaces. (2) You are entitled to a completely filled-in copy of this Contract.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it.

Buyer

By: ANDRE ALEXANDER                8/24/10   Date

By:                                           Date

Seller

By: BAY AUTO WHOLESALE (VA)        8/24/10   Date

Retail Installment Contract-VA
Bankers Systems ™ — Virginia Automobile Dealers Association
Wolters Kluwer Financial Services © 1995, 2009
SN 106862

RSSIMVLFAZVA 4/15/2009
Page 5 of 6