**ORACLE**　　　　SIS/HR PRODUCTION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Home　　Add to Favorites　　Sign out

Favorites　　Main Menu　　VCCS Custom　　Student Financials　　Cashiering　　Receipt - Student

New Window | Help | Customize Page

## STUDENT PAYMENT RECEIPT

GCC-Fredericksburg Campus
10000 Germanna Pnt Dr

Fredericksburg　　VA　　22408

Alexander, Andre

56 Den Rich Road

Stafford　　VA　　22554-4745

| Date: | 09/13/2012 |
|---|---|
| DateTime: | 09/13/12 5:13PM |
| Trans Date: | 09/13/2012 |
| Trans Time: | 5:13:07PM |

| ID | 6416570 |
|---|---|
| Telephone. | 910/987-5449 |
| Receipt #: | 970000091651 |
| Seq # | 13 |
| Register: | FAC1 |
| Total: | 125.00 |

| Receipt Line Number | Tender Key | Amount | Check Nbr | Card Number's Last Four Digits | Credit Card Type | Expiration Date | Credit Card Last Name |
|---|---|---|---|---|---|---|---|
| 1 | CREDIT | 125.00 | | 7846 | MC | 10/31/2013 | alexander |

| Item Type | Payment Term | Account Term | Amount | Description | Subject Area | Catalog Nbr |
|---|---|---|---|---|---|---|
| 600000100000 | 2123 | 2123 | 125.00 | CE Tuition | TRNS | 1112 |

## ACCOUNT BALANCES

After posting the payment on this receipt, the college shows you have the following balances:

| Account Term | Account Type | Account Balance |
|---|---|---|
| | | |

Total Account Balance:　0.00

## MESSAGES

Refunds for payments made at the cashiers' offices will be processed as checks sent directly to the student. Refunds for payments made on the WEB will be processed back to the credit card when possible.

Tender Messages

Credit payment received (long message).

Target Messages

EXHIBIT D 6