# INVOICE

**ANDRE ALEXANDER**
56 DEN RICH ROAD
STAFFORD, VA 22554

Invoice # Draft
File Number: ALEXANDER, ANDRE / 1
Invoice Date: Fri, December 06, 2013

**Re: ALEXANDER, ANDRE**

*Current Charges:*

Fees

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 3/19/2012 | JCG | Rv docs from Brynn Alexander re: odometer misrepresentation case. Give advice to legal assistant to tell PNC | 0.3 | 117.00 |
| 4/24/2012 | JCG | Rc docs from we ordered from DMV, notes to assistant what we need. Try to find James Carswell, former owner, on internet, etc. | 0.6 | 234.00 |
| 5/14/2012 | JCG | Rv docs. Call PNC for more info, notes to file | 0.3 | 117.00 |
| 6/20/2012 | JCG | Rv all docs and notes to file about what claims we have, and discuss what info Bay Auto had in file when it sold the car. | 1.2 | 468.00 |
| 7/4/2012 | JCG | Rv fee agreement, and docs to file. | 0.2 | 78.00 |
| 7/31/2012 | JCG | Rv file in prep to prepare Complaint (.5); begin prep of complaint (1.4) Email o client. Search to find James Carswell on internet, and check out his address. (.5) | 2.4 | 936.00 |
| 8/1/2012 | JCG | R/l on Mag- Moss, and Odometer Act, (1.1) rev file and client's notes, prepare detailed complaint. t/c w/ client. (3.4) | 4.5 | 1,755.00 |
| 9/13/2012 | JCG | T/c w/ client re: case and what to do. and car fax. Prepare state version of lawsuit. | 1.3 | 507.00 |
| 10/12/2012 | JCG | Call from client re: status, discuss case, and notes to file. | 0.2 | 78.00 |

Thank you for your business. I would appreciate your paying this as soon as possible.


EXHIBIT E

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/13/2012 | JCG | Rv Car Fax docs received from SDT. Email to client. (.3) Compare these docs to sale dates and identify the docs that confirm the misrepresentations by both defendants.(1.3) Prepare detailed chronology based on docs we have so far;; Call Lube Tech for copy of invoice. (2.1) | 3.7 | 1,443.00 |
| 12/21/2012 | JCG | Long conversation w/ Andre and wife re: when purchase was finalized, and attempts to compromise with dealer. | 0.6 | 234.00 |
| 12/21/2012 | JCG | Rv file and close review of the purchase docs to confirm deal not finalized until several days after 8/24/10; and close review of both arbitration agreements. | 0.4 | 156.00 |
| 12/28/2012 | JCG | Rv file and notes to ptrepare Complaint. | 0.7 | 273.00 |
| 12/31/2012 | JCG | Rv file and figure out what other info I need to subpoena. (.4) Email and call clients. (.3)Prepare SDT to Citi Financial and Manheim Auction (.5) | 1.2 | 468.00 |
| 1/9/2013 | JCG | Discuss SDT w/ Manheim Representative and what we want. | 0.3 | 117.00 |
| 1/9/2013 | JCG | edit federal complaint to include info from docs from Car fax.. | 0.4 | 156.00 |
| 2/11/2013 | JCG | Go over response top SDT from Citi financial bank re: Carswell; Rv complaint, we did it, and decide what to do. | 0.4 | 156.00 |
| 2/28/2013 | JCG | rv file to see status, call Citifinancial to get more info for why SDT produced no records. Get transferred to several numbers after speaking with people, gave information about SDT several times. | 0.9 | 351.00 |
| 3/18/2013 | JCG | Edit and update old Complaint done 6 months ago. (.5) Rv old titles and docs from Car Fax and Manheim auction. (.4) Figure out if we can avoid arbitration and whether to sue Bay Auto.(.6) | 1.5 | 585.00 |
| 4/16/2013 | JCG | Legal Research law on arbitration and how to get a non signatory into arbitration so . | 0.9 | 0.00 |

Thank you for your business. I would appreciate your paying this as soon as possible.

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/17/2013 | JCG | Telephone conference with client re: status (.2), and r/l on arbitration and how to get third party in arbitration (1.5) ; and edit Complaint and r/l on inferring intent from failure to investigate (2.7) | 4.4 | 1,716.00 |
| 5/9/2013 | JCG | t/c w/ Jason A. and review car fax and complaint to see what Auto did wrong in view of the new car fax. | 0.8 | 312.00 |
| 5/21/2013 | JCG | Call from Brynne Alex. about the defendants calling her and trying to get her to settle rather than calling me. Discussed what to tell them, and discussed Auto By Choice's discussion with me about his Car Fax and how he is not liable. Rv files and Car Faxes and send to her for her review. | 0.7 | 273.00 |
| 5/24/2013 | JCG | Reviewing D's Memo in support of MTD; and r/l on whether SOL has run since discovery w/ first owner starts running of statute; necessity of privity between the parties for fraud and VCPA counts; and whether fraud must plead ID of perpetrator | 3.4 | 1,326.00 |
| 5/29/2013 | JCG | Research all issues raised by Auto By Choice's Motion To Dismiss; e.g. when does SOL accrue in a fraud case, whether the SOL in odometer fraud accrues with first violation or when plaintiff discovers it; whether lack of specificity is an issue and if Exhibit is part of pleading; requirement of direct representation from someone to be fraud vs. a remote seller.; (4.5) Redraft of Overview of case (1.5); preparing outline of D's arguments and outline of our response (.9); writing the response (6.0); discuss settlement offer with OC, notes to file (.2) | 13.1 | 5,109.00 |
| 5/30/2013 | JCG | Drafting documents - Rv rough draft of Reply Memo to Auto By Choice's MTD. Edit and rewrite portions. | 5.4 | 2,106.00 |
| 6/11/2013 | JCG | Skim the five pleadings received today, and esp. Amended MTD, r/l briefly on state law trumping federal law on pendent claims. | 0.1 | 39.00 |

Thank you for your business. I would appreciate your paying this as soon as possible.

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/13/2013 | JCG | R/l on whether state procedural law trumps federal law in pendent jurisdiction case. | 1.5 | 585.00 |
| 6/14/2013 | JCG | R/l on ad damnum requirement under federal law. Rv criteria for granting MT Dismiss. Rv D's argument about particularity. Rv when Cure offer has to be provided by D. is a MTD a responsive pleading under VCPA? | 0.8 | 312.00 |
| 6/18/2013 | JCG | Preparing rough draft of Memorandum In Opposition to Motion To Strike from Autos By Choice | 4.1 | 1,599.00 |
| 6/19/2013 | JCG | Edit Memo in Response to Motion To Strike (1.9) and prepare Motin and Memo to amend Complaint (2.0) | 3.9 | 1,521.00 |
| 6/20/2013 | JCG | Final Edit Memorandum in Opposition To Motion To Strike | 0.4 | 156.00 |
| 6/21/2013 | JCG | Correspondence with Hunter Old re: settlement; call to client re" what engine looks like; and rv of email from Hunter O. R/l on Inferring intent from failure to investigate. | 1.1 | 429.00 |
| 6/24/2013 | JCG | R/l on Rule 12 and whether amendments allowed to a M to Dismiss, also r/l on preemption. (2.2) Outline and compare initial MTD with Amended MTD, write initial response to Autos Motion To Amend its MTD. (3.9) | 6.1 | 2,379.00 |
| 6/25/2013 | JCG | t/c w/ client re; date of discovery of the fraud; what wife knew, and rv Email from client and respond to him. | 0.2 | 78.00 |
| 7/9/2013 | JCG | Rv Order from Court dismissing all motions of the Defendant and granting leave to us to amend(.2); Rv of Amended Complaint, and realizing there was incorrect allegations and realizing the need to amend, I prepared Motion To Amend Amended Complaint(.9); Memo In Support of Motion To Amend, and Second Amended Complaint withdrawing the old allegations that were incorrect and adding the new ones. (2.4). | 3.5 | 1,365.00 |
| 7/10/2013 | JCG | Rv letter from Hunter Old re: | 1.5 | 585.00 |

Thank you for your business. I would appreciate your paying this as soon as possible.

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | settlement. (.2); Edit Motion to Amend Amended Complaint, the accompanying memo, and edit Second Amended Complaint. | | |
| 7/11/2013 | JCG | Rule 26(f) conference (.5); rv complaint and call to client re: settlement (.1) ; try to skip trace prior owner to find him to prove how mileage was disclosed (.4). t/c w/ client re: new claim re: taxi driver, and private investigator (.3); t/c w/ Brynn A. re: tracking down Marcus Lee and the lawsuit, and costs. Notes to file.(.3); calls to DMV investigators (.2) | 1.7 | 663.00 |
| 7/12/2013 | JCG | Respond via email to settlement offer. (.5) Notes to file. (.1) Calls to DMV Enforcement Div., call from Susanne of DMV providing info about how to get DMV's investigation results. (.4) | 1.0 | 390.00 |
| 7/16/2013 | JCG | Call from Agent Hudson and DMV, prepare SDT to go to DMV | 0.3 | 117.00 |
| 7/29/2013 | JCG | rv DMV investigation file. (.4). Rv Motion to Dismiss #2 and Memo in support. (.6);rv othe pleading s to see if I already responded to some of these issues; and r/l on ad damnum clause being required, (1.2) | 2.2 | 858.00 |
| 7/30/2013 | JCG | Rv Memo and MotionTo Dismiss Complaint No 3. Outline arguments and try to find my responses in previous briefs, cut and past those arguments; edit them, r/l on preemption(2.8); write the section on the ad damnum issue (.5); rewrite other sections on =f the brief (3.0) | 6.3 | 2,457.00 |
| 8/21/2013 | JCG | Rv Motion To Dismiss Seconf Amended Complaint field again, cmpae it and memo to original one and advise Pam to refile the original response to this Motion To Dismiss 2nd A,emded Complaint | 0.2 | 78.00 |

Thank you for your business. I would appreciate your paying this as soon as possible.

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 9/3/2013 | JCG | Rv defendant's Opposition To Motion In Limine, notes to myself (.4); r/l on Mag-Moss, and right to cure, and UCC roight to cure, and admissibility of settlement offers and prepare response. (5.7) | 6.1 | 2,379.00 |
| 9/24/2013 | JCG | Rv of Complaint, DMV investigation, and misc docs, to prepare depo notice (.5); Preparation of depo notice to Autos By Choice. | 1.3 | 507.00 |
| 10/15/2013 | JCG | Rv discovery from D, prepare objections, r/l on contention interrogatories. | 0.8 | 312.00 |
| 10/28/2013 | JCG | Discuss new depo date w/ OV, due to defendant's inability to appear. Then try to find available dates and get client's agreement. | 0.4 | 156.00 |
| 10/29/2013 | JCG | Rv former Motion Get Default Judgment and begin preparing. Bay Auto case. | 0.7 | 273.00 |
| 11/5/2013 | JCG | R/l on propriety of settling with one defendant for just one type of damage, such as legal fees, and going for default judgment for other damages in view of the cap of $25K. | 1.8 | 702.00 |
| 11/5/2013 | JCG | T/c w/ OC re" settlement offer. (.2); calls to clients and lengthy conversations (.5); Cal to OC (.1) | 0.7 | 273.00 |
| 11/12/2013 | JCG | Negotiate settlement with Hunter Old via several calls, call to Andre, and notes to file, and confirming email to client and Hunter O. | 0.7 | 273.00 |
| 11/13/2013 | JCG | Lengthy Discussion with Brynn A. the damages we should recover from the defendant, Bay Auto, and what records she has to verify mileage and rental costs. Plus providing an advance for the truck's payoff. Send confirming email, | 0.7 | 273.00 |
| 11/15/2013 | JCG | Email to Andre" regarding possibility of no emotional distress. | 0.3 | 117.00 |
| 11/15/2013 | JCG | emails to Brynn RE: receipts. | 0.2 | 78.00 |
| 11/18/2013 | JCG | Rv docs sent from Brynn and respond to her. | 0.1 | 39.00 |
| 11/27/2013 | JCG | Begin preparation of Memorandum In Support Of Motion For Default and | 7.4 | 2,886.00 |

Thank you for your business. I would appreciate your paying this as soon as possible.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | Damages, rv Complaint and Amended Complaint; prepare a list of damages, and decide what we can recover; calculate damages, mileage loss and recovery(1.4) ; r/l default judgment and if allegations are deemed admitted (.5); Prepare actual memo (5.5); begin prepare affidavit of Plaintiff. (.5) | | |
| 12/2/2013 | JCG | Prepare Affidavit for Andre (5.5); t/c w/ Andre (.3) Edit Memorandum in support of Default judgment (.3); | 6.1 | 2,379.00 |
| 12/4/2013 | JCG | Discuss what needs to be done to get Motion For Default and memo out. Begin prep of fee affidavit, rv fee affidavits to send to Robin A. | 0.5 | 195.00 |
| 12/4/2013 | JCG | Correspond w/ Brynn re: damages | 0.3 | 117.00 |
| 12/5/2013 | JCG | Rv Andre's corrections for his affidavit (.1); incorporate those into his affidavit and continue preparing it (2.8); t/c w/ Robin Abbot re: being expert for legal fees (.3); preparation of rough draft Abbot Affidavit (and r/l on recovering legal fees, to present to her (3.5); edit Memo in support of default judgment (.4) | 6.9 | 0.00 |
| 12/6/2013 | JCG | Rv email from Andre' and respond to question about what he cab n expect to recover . Recalculate damages. And explain about costs advanced, etc. | 0.4 | 156.00 |
| 12/6/2013 | JCG | Go through to decide what pleadings to send Robin A, and send to her.. | 0.4 | 156.00 |
| 12/6/2013 | JCG | Estimated time to coordinate , gather and send in docs to court, (1.0); and close out case in court,(1.0) (assuming no hearing), and then prepare necessary docs to make claim to the Transaction Recovery Fund.(4.0) | 6.0 | 2,340.00 |
| | | **Fees for Services Rendered** | 126.5 | $46,293.00 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 4/19/2013 | Filing Fees to Court | 350.00 |

Thank you for your business. I would appreciate your paying this as soon as possible.

| | | | |
|---|---|---|---|
| 4/30/2013 | Service of process fees | 125.00 | |
| | Total Expenses | $475.00 | |
| | Total Fees & Expenses | $46,768.00 | |
| | Total New Charges | | $46,768.00 |

Account Statement:

| | |
|---|---|
| Balance as of Last Invoice | 0.00 |
| Current Charges | 46,768.00 |
| **Amount Due and Owing to Date** | **$46,768.00** |

Thank you for your business. I would appreciate your paying this as soon as possible.