UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



ANDRE ALEXANDER,

        Plaintiff,

v.                             ACTION NO. 2:13cv213

SOUTHEASTERN WHOLESALE CORP.,
t/a Bay Auto Wholesale,

        Defendant.

### FINAL ORDER

    This matter comes before the court on the Plaintiff's Motion for Default Judgment ("Motion") filed on December 12, 2013. On December 18, 2013, this matter was referred to United States Magistrate Judge Tommy E. Miller, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the Motions.

    The Report and Recommendation was filed on February 26, 2014. The Magistrate Judge recommended that the Plaintiff's Motion be granted, and that the Plaintiff be awarded $11,625.00 in statutory damages pursuant to 49 U.S.C. § 32710(a); and $11,343.00 in attorney's fees and $475.00 in costs pursuant to 49 U.S.C. § 32710(b). By copy of the Report and Recommendation, the

parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge. No objections have been filed by either party, and the time to do so has expired.

The court, having examined the Report and Recommendation does hereby adopt and approve the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed on February 26, 2014. Accordingly, the Plaintiff's Motion for Default Judgment is **GRANTED**. The court **AWARDS** $11,625.00 in damages, $11,343.00 in attorney's fees, and $475.00 in costs to the Plaintiff, for a total recovery of $23,443.00.

The Clerk shall enter judgment for the Plaintiff, and forward a copy of this Final Order to counsel for the Plaintiff and to the Defendant.

**IT IS SO ORDERED.**

/s/ Rebecca Beach Smith
Chief
United States District Judge

_____
REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

March 20, 2014